SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
GURI GONZALEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURI GONZALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>MELROSE CROSSING LLC; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 2:23-cv-01641-JFW (KESx)**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: April 29, 2024<br>Time: 1:30 p.m.<br>Courtroom: 7A<br><br>Honorable Judge John F. Walter |

To Defendant MELROSE CROSSING LLC and the attorneys of record, if any: Please take notice that on April 29, 2024, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at 350 W. First Street, Los Angeles, California, Plaintiff GURI GONZALEZ will present Plaintiff's motion for default judgment against Defendant MELROSE CROSSING LLC. The Clerk has previously entered the default on said Defendant on February 5, 2024 (Dkt. #13).

At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant MELROSE CROSSING LLC is not a minor or an incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant MELROSE CROSSING LLC has not appeared in this

1  action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the
2  claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities
3  Act, the Unruh Civil Rights Act, the California Disabled Persons Act, the California's
4  Unfair Competition Act, and Negligence.

5      The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages,
6  $2,185.00 in attorney's fees, and $577.00 in costs as set forth in the attached Declaration
7  of Jason J. Kim and an Order directing the Defendant to: make alterations in such a
8  manner that, to the maximum extent feasible, the goods, services, facilities, privileges,
9  advantages, or accommodations offered by Defendant are readily accessible to and usable
10 by individuals with disabilities at the property located at or about 7020 Melrose Ave., Los
11 Angeles, California. This motion is based on this notice, the declarations submitted in
12 support of this motion, and other matters which may be presented at the hearing.

13     Notice of the original motion for default judgment by court was served on
14 Defendant MELROSE CROSSING LLC, on March 25, 2024, by first class United States
15 Mail, postage prepaid.

17 Dated: March 25, 2024        **SO. CAL. EQUAL ACCESS GROUP**

20     By:    _/s/ Jason J. Kim_____
21            Jason J. Kim, Esq.
            Attorneys for Plaintiff