**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURI GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MELROSE CROSSING LLC; and DOES 1 to 10,<br><br>　　　　　Defendants. | **Case No.: 2:23-cv-01641-JFW (KESx)**<br><br>**Judgment Re: Default Judgment** |

Upon review of the court files, the Motion for Default Judgment by Court, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff GURI GONZALEZ shall have JUDGMENT in his favor in the amount of $6,762.00 ($4,000.00 statutory damages + $2,185.00 in attorneys' fees + $577.00 in costs) against Defendant MELROSE CROSSING LLC.

In addition, Defendant MELROSE CROSSING LLC is ordered to provide an accessible parking space at the property located at or about 7020 Melrose Ave., Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: April 12, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge